IN THE U.S. DIST. COURT
WESTERN DIST. OF OKLA.

U.S.
-v-
COTNER,

NO. CR-80-34-W

REQUEST FOR COPY OF RESPONSE
FROM U.S. ATTORNEY AND
NOTICE OF INTENT TO APPEAL
TO THE UNITED STATES SUPREME COURT

This case involves National Security. Cotner never received a copy of the ALLEDGED Oct. 3rd. response by the U.S., and should be supplied one now.

Petitioner serves notice that he is appealing this courts order of Oct. 21, 2008 to the United States Supreme Court, (NOT the 10th. Cir.) where 2 Justices are expecting it, and designates the entire record for appeal be prepared by the Clerk of this court, and transmitted to the Clerk of the United States Supreme Court in Washington, D.C., for this appeal.

DATED 10/23/08

CERTIFICATION OF MAILING
Copy mailed news media,
and all parties, and White
House, v.a.c.   R.C.

Submitted by,

Robert C.
ROBERT COTNER, #93780, B/5-230
MACK ALFORD COR. CEN.
BOX 220
STRINGTOWN, OKLA
74569