In The United States District Court
Western District of Oklahoma

Robert Cotner,

        Petitioner      )

  -vs-                          No: CR-80-34-W

U.S. Government,

        Respondents.    )

FILED
NOV 20 2008
ROBERT D. DENNIS
U.S. DIST. COURT, WESTERN DIST OF OKLA.
BY_____ DEPUTY

<u>Motion And Affidavit To DEEM Uncontested Claims As True, For Purposes of Partal Summary Judgement Motion</u>

Petitioner MOVES this Court to deem confessed as true the following Claims set out and uncontested in the pleadings:

(1) Former F.B.I. Agent Ted Gunderson, Box 38, Vlatonia, NE. 68328:

(2) Army Major John Singlaub:

(3) U.S. Senator John McCain:

(4) Joyce Downey:

(5) Oliver North:

(6) Robert McFarlane:

(7) John (Commander) Poindexter:

(8) Airforce Major General Richard Second:

(9) Former defense counsel in this case (In Tulsa) "Bud" Byers:

(10) Rafhel Eitan 1960's Isreal MOSSAD operative:

(11) Mossad's Victor Ostrovsky:

(12) D.E.A. Agent Mike Levine: and

(13) C.I.A.'s Operative Wilson ( IN FED. PRISON).

CAN AND WILL offer testimoney, and evidence to prove petitioners claims for relief in this case, AND POSSIBLY offer legal arguements and authority as well.

(14) Professors:

    Elizabeth A. Phillps, Yale University;

    Janet Metcalfe, Columbia University:

    Margaret Funnell, Darthouth University;

    Michael B, Miller, Darthouth;

    George L. Wilford, Darthouth:

    Michael S. Gozzonia, Darthough:

    Roger W. Spery, Darthouth:

    Joesph E. Bozen, Darthouth;

CAN AND WILL offer 25 years of PUBLISHED repprts on human minds and memory, and phobias, with testimoney and evidence TO DISPROVE the testimoney of the prosecutions withesses in this case, THAT WAS NOT known or available AT TIME OF TRIAL:

(15) That F.B.I. and C.I.A. Files of Agents Laird Sr., and Parnell, and James Jesus Angleton, AND POSSIBLY U.S. Dist. Judge Bohannon's, and U.S. Speaker of the House, Carl Albert, WILL produce evidence waranting granting relief to petitioner.

(16) That the box of U.S. Senator Kerr, IN HIS OKLA. CITY law office, contains records of petitioners visit to him before trial, AND SUPPORTS the claims raised in this case, in 2008.

(17) THAT RECORDS of the 1980 jury SUMMONING process, and exclusion of jurors BEFORE they were summoned to appear FOR jury duty, ARE AVAILABLE and support the NEWLY discovered evidence proving defendant was denied a fair trial in this case.

### :AFFIDAVIT:

Petitioner/defendant, under penalties of purjury, states that the above and herein is true and as accurate as he can present it at this time.

THERE ARE OTHER witnesses and evidence (NEWLY DISCOVERED) not set out herein, that CAN be presented in support of petitioners arguements and claims, BUT DUE TO THE STATE PUNISHMENT of petitioner FOR attempting to access a federal Court of law, STARING in June 1998, (harrashment and physical attackes from June 1992 to Oct. 1997) and their present REFUSAL TO ALLOW access to MEANINGFUL RESEARCH ASSISTANCE, OR materials, because prison staff ARE mad that inmates REFUSE to riot SO they can get a $5,000.oo raise.

Petitioner HAS requested appointment of counsel, AND HAS done the best he can, under the circumstances.

Petitioner MOVES this Most Honorable Court to GRANT this Motion To DEEM CONFESSED claims as true, for purposes of a SERARATE Partial Summary Judgement.

Dated: 11/20/08

Certification Of Mailing
A copy was mailed respondents.

Respectfully,
Robert Cotner

Robert Cotner, #93780, B/S-230
Mack Alford Cor. Cen.
P.O. Box 220
Stringtown, Okla. 74569